IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LION FEDERAL CREDIT UNION                                                          PLAINTIFF

v.                                      Civil No. 1:23-cv-1001

WORLDPAY, LLC                                                                     DEFENDANT

## ORDER

Before the Court is a Motion to Dismiss filed by Defendant. ECF No. 33. After Defendant filed its Motion to Dismiss, Plaintiff filed a First Amended Complaint in this matter. ECF No. 35. Thus, the Court finds that Defendant's Motion to Dismiss (ECF No. 33) should be and hereby is **DENIED AS MOOT**. *See Pure Country, Inc. v. Sigma Chi Fraternity*, 312 F.3d 952, 956 (8th Cir. 2002).

**IT IS SO ORDERED**, this 25th day of March, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge